UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE CO.,  :
                                Plaintiff,  :        22 Civ. 374 (LGS)
                                                   :
              -against-                :        ORDER
                                                   :
MAERSK A/S, et al.,  :
                                Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order issued January 31, 2022, scheduled an initial pretrial conference for March 30, 2022. (Dkt. No. 11.) It is hereby

      **ORDERED** that by **February 10, 2022**, Plaintiff shall file a letter indicating whether this action is related to any of the following actions: 21 Civ. 8183 (ER) (GWG), 22 Civ. 306 (ER) (GWG), 22 Civ. 372 (ER) (GWG), 22 Civ. 439 (ER), 22 Civ. 445 (ER) (GWG), 22 Civ. 487 (ER), and 22 Civ. 494 (ER). If the action is related, Plaintiff shall file a Related Case Statement available at https://www.nysd.uscourts.gov/forms/relatedcase-statement.

Dated: February 7, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE